Re:

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Laron Dean,       
Appellant.
 
 
 

Appeal From Richland County
Henry F. Floyd, Circuit Court Judge

Unpublished Opinion No. 2003-UP-400
Submitted April 18, 2003  Filed June 
 17, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak,  of Columbia,  
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia; for Respondent.
 
 
 

PER CURIAM:  Appellant, Laron Dean, was 
 served with a probation citation on June 12, 2002 alleging violation of conditions 
 of probation emanating from his guilty plea to felony DUI causing great bodily 
 injury.  Following a probation revocation hearing, the court revoked five years 
 of his probationary sentence.  We dismiss pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991).  Counsels petition to be relieved is granted.
APPEAL DISMISSED.  
 CURETON, ANDERSON, and HUFF, JJ., concur.